# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ANJANEE WILKINS, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | No. 4:23-CV-422 RLW |
| v. ) ) | |
| TORY BURCH, LLC, ) ) | |
| Defendant. ) | |

## ORDER

In accordance with Plaintiff's Notice of Voluntary Dismissal (ECF No. 33),

**IT IS HEREBY ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal of this matter with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Each party shall bear its own costs.

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 28th day of June, 2023.